UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

FABRIZIO DULCETTI NEVES

Debtor.
_____/

FABRIZIO DULCETTI NEVES,

    Appellant,                                              Case No. 14-cv-24840-KAM
                                                            Adv. Pro. No. 10-02122-LMI

vs.

GOLDEN DAWN CORPORATION, et al.

    Appellees.
_____/

MARKWOOD INVESTMENTS LTD.,

    Appellant/Cross Appellee,                  Case No. 15-cv-21034-KAM
                                                     Adv. Pro. No. 10-02122-LMI

And

GOLDEN DAWN CORPORATION,

    Cross-Appellee,

vs.

FABRIZIO DULCETTI NEVES,

    Appellee/Cross-Appellant.
_____/

1

MARKWOOD INVESTMENTS LTD.,

Appellant,   Cases No.   15-cv-21035-KAM
                          15-cv-21036-KAM
vs.   Adv. Pro. No. 10-02122-LMI

FABRIZIO DULCETTI NEVES,

Appellee.
_____/

### MARKWOOD INVESTMENTS LTD. AND GOLDEN DAWN CORPORATION'S MOTION TO STRIKE OR IN THE ALTERNATIVE MOTION FOR LEAVE TO FILE SURREPLY

[14-cv-24840-KAM, ECF No. 56][1]
[15-cv-21034-KAM, ECF No. 27]
[15-cv-21035-KAM, ECF No. 30]
[15-cv-21036-KAM, ECF No. 18]

Markwood Investments LTD ("Markwood") and Golden Dawn Corporation ("Golden Dawn"), by and through their undersigned counsel and pursuant to the applicable Rules of Procedure, files this Motion to Strike Fabrizio Dulcetti Neves' ("Neves") Reply to Markwood and Golden Dawn's Response to Order to Show Cause and Motion to Stay Related Appeal (herein "Neves' Reply") [ECF No. 56], and as grounds therefore states:

1.   Neves' Reply included an Exhibit not previously disclosed in his Motion to Stay to Related Appeals (herein "Motion to Stay"). [ECF No. 53]. The

---

[1] Since the subject Motions and Responses are mirror copies of each other filed in all the Related Appeals identified by Case Nos. 14-cv-24840-KAM, 15-cv-21034-KAM, 15-cv-21035-KAM, and 15-cv-21036-KAM, for ease of reading, the references to the ECF filings in this Motion shall refer only to Case No. 14-cv-24840-KAM

2

specific Exhibit is a General Release and Satisfaction of Judgment and Withdrawal of Proofs of Claim (herein "General Release") purportedly signed by an Italian court official.  See Exhibit "A" attached to Neves' Reply.  [ECF No. 56].

2. Markwood and Golden Dawn did not have an opportunity the address the General Release in their Response to the Order to Show Cause and Motion to Stay [ECF No. 55] because said Exhibit was not included in the Motion to Stay.

3. Markwood and Golden Dawn seek a fair opportunity to respond to this General Release.  Accordingly, Markwood and Golden Dawn request that this Court strike Neves' Reply or in the alternative, grant Markwood and Golden Dawn leave pursuant to Local Rule 7.1 to file a Surreply for the purpose of addressing the General Release.

WHERFORE, Golden Dawn and Markwood respectfully request that this Honorable Court enter an Order Striking Neves' Reply or in the alternative, grant Markwood and Golden Dawn leave pursuant to Local Rule 7.1 to file a Surreply for the purpose of addressing the General Release, and for any further relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

It is hereby certified that on this 30th day of December, 2015, the foregoing response was electronically filed by CM/ECF system, which will send a notice of electronic filing to counsel of record for Neves.

>BERRIO & BERRIO, P.A.
>Attorneys for Golden Dawn & Markwood
>7300 North Kendall Drive, Suite 520
>Miami, Florida 33156
>
>By: __*/s/ Giorgio Ramirez*_____
>Giorgio L. Ramirez, Esq.
>Florida Bar No.: 195545
>Juan D. Berrio, Esq.
>Florida Bar No.: 236070
>Raul E. Espinoza, Esq.
>Florida Bar No.: 50664
>Tel.: 786.539.5410
>Fax: 786.539.5411
>Email:       jdberrio@hotmail.com
>                   giorgiolaw@gmail.com
>                   respinoza@repalaw.com